**Order entered June 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00661-CV

### IN RE ALFRED LEE STONE, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-91-42452-T**

## ORDER
Before Justices Lang, Fillmore and Evans

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **GRANT** relator's request for return of the exhibits attached to his petition and **DIRECT** the

Clerk to return relator's original exhibits. We **ORDER** relator to bear the costs of this original

proceeding.

/s/      ROBERT M. FILLMORE
         JUSTICE